160 A.3d 762

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Eric RAMBERT, Petitioner**

**No. 329 EAL 2016**

Supreme Court of Pennsylvania.

October 26, 2016

## ORDER

PER CURIAM

**AND NOW**, this 26th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.